Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____ Division

| | |
|---|---|
| SHERMAN DE'IVORY BALLARD | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| See Attached | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

FILED BY \_\_\_\_ D.C.

JAN 09 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | SHERMAN DE'IVORY BALLARD |
   | Street Address | P.O. BOX 823862 |
   | City and County | PEMBRKOE PINES BROWARD COUNTY |
   | State and Zip Code | FLORDIA 33082 |
   | Telephone Number | (229)224-3606 |
   | E-mail Address | TSEOPERATIONSS@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: JACK TUTER
  Job or Title (if known): CHIEF JUDGE
  Street Address: 201 SE 6th St
  City and County: Fort Lauderdale Broward County
  State and Zip Code: Florida 33301
  Telephone Number: 954-831-7576
  E-mail Address (if known):

Defendant No. 2
  Name: Catalina Avalos
  Job or Title (if known): Judge
  Street Address: 201 SE 6th St
  City and County: Fort Lauderdale Broward County
  State and Zip Code: Florida 33301
  Telephone Number: 954-831-7835
  E-mail Address (if known): cavlos@17th.flcourts.org

Defendant No. 3
  Name: Brenda D Forman
  Job or Title (if known): Clerk Of Court
  Street Address: 201 SE 6th St
  City and County: Fort Lauderdale Broward County
  State and Zip Code: Florida 33301
  Telephone Number: 954-831-7019
  E-mail Address (if known): bforman@browardclerk.org

Defendant No. 4
  Name: Dian S. Diaz
  Job or Title (if known): Chief Operating Officer
  Street Address: 201 SE 6th ST
  City and County: Fort Lauderdale Broward County
  State and Zip Code: Florida 33301
  Telephone Number: 954-831-6504
  E-mail Address (if known): ddiaz@browardclerk.org

# UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA

DEFENDANT NO. 5 INFORMATION: Name: Duane E. Sinclair

Job or Title: Chief Director-Internal Audit

Street Address: 201 SE 6th St

City and County: Fort Lauderdale, Broward County

State and Zip Code: Florida 33301

Telephone Number: (954) 831-6941

DEFENDANT NO. 6 INFORMATION

Name: Michael Sullivan

Job or Title: Hearing Officer

Street Address: 201 SE 6th St

City and County: Fort Lauderdale, Broward County

State and Zip Code: Florida 33301

Telephone Number: (954)831-7214

DEFENDANT NO 7. INFORMATION

Name: Matthew Tannenbaum

Job or Title: Hearing Officer

Street Address: 201 SE 6th St

City and County: Fort Lauderdale Broward County

State and Zip Code: Florida 33301

Telephone Number: (954)831-6585

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1. U.S.C 22
2. U.S.C 7102(11) (B)
3. U.S.C 18
4. U.S.C 19 1307

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* SHERMAN DEIVORY BALLARD, is a citizen of the State of *(name)* FLORDIA.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Catalina Avalos, is a citizen of the State of *(name)* Florida.  Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Violation of oath of office.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See added page.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
See added page.

STATEMENT OF THE CLAIM:

1. Plaintiff Sherman De'Ivory Ballard asserts that each defendant had the opportunity and responsibility to balance the books related to this case, as required by the fiduciary duties established under the terms of the trust agreement and applicable accounting principles.

2. Despite repeated requests and formal filings, the defendants failed to produce the requested financial records and account balances, resulting in harm to the Plaintiff by denying transparency and proper accounting oversight.

3. A true copy of the filing was submitted to the Clerk of Court on January 22, 2024 Emergency request denied. Further notices and requests for compliance were received on the following dates:

    a. June 24, 2024 (hearing officer Matthew Tannenbaum)

    b. July 10, 2024 ( hearing officer Michael Sullivan)

    c. August 8, 2024 (( Notice of filing COC)

    d. August 13, 2024 (Notice of filing COC and to Judge Avalos)

    e. August 29, 2024 ( Letter to return securities COC)

    f. August 30, 2024, at 2:47 PM( Received by Nadine Ramsay)

    g. September 4, 2024 (Notice of filing COC)

    h. September 10, 2024 (Left with office of Chief Judge, and COC)

    i. September 27, 2024 (EXECUTIVE ASSISTANT Nadina Ramsay) refuse to sign. Received With COC

    j. October 1, 2024 (Received by COC)

    k. In chambers on October 18, 2024, at 10:30 AM

4. Each defendant was involved by receiving notice of the filings and requests, yet failed to fulfill their fiduciary obligations to provide the requested records, which has caused harm to the Plaintiff by obstructing access to information necessary to uncover potential fraud and enforce Plaintiff's rights under the trust agreement.

5. Plaintiff seeks immediate relief, including:

    a. Full disclosure and production of all accounting records related to the trust agreement.

    b. Damages for the harm caused by the failure to comply with fiduciary obligations.

    c. Any other relief the court deems just and proper. Plaintiff: Sherman De'Ivory Ballard Defendants: [List each defendant's name and title]

**RELIEF REQUESTED:**

6. Plaintiff Sherman De'Ivory Ballard requests the court to award relief for damages in violation of the oath of office by each defendant.

7. Plaintiff claims that the wrongs alleged are continuing at the present time, as the defendants have yet to fulfill their fiduciary duties or provide the requested accounting records.

8. Plaintiff seeks actual and punitive damages in the amount of **$14 million USD** based on the following:

    a. Plaintiff alleges being used as chattel and subjected to human trafficking by every party involved.

    b. The defendants' actions and omissions have caused ongoing harm, including emotional distress, financial losses, and violation of fundamental rights.

9. Plaintiff further requests:

    a. Full disclosure and production of all accounting records related to the trust agreement.

    b. Punitive damages to deter further violations and misconduct.

    c. Any other relief the court deems just and proper.

    d. Dated: January 8th, 2025

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/9/2025

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Sherman Ballard
P.O. Box 823862 Pembroke Pines FL 33082

### B.     For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____